PD-1066-15

No. 09-14-00460-CR

In The

Court of Criminal Appeals

Austin, Texas

Calvin Jones Jr.

vs.

The State of Texas

From Appeal No. 09-14-00460-CR
Trial Cause No. B080617-R
Orange _____ County

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

RECEIVED

AUG 10 2015

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

First Motion For Extension of Time to File Petition for Descretionary Review

FILED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

To The Honorable Judges of The Court of Criminal Appeals:

Comes now, Calvin Jones Jr _____, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition For Discretionary Review. In support of this Motion, appealant shows the Court the following:

The present deadline for filing the Petition for Discretionary Review is 8-13-2015 _____. The Petitioner has not requested any extension prior to this request.

WHEREFORE, Petitioner prays this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in case No. 09-14-00460-CR _____ to 10-13-2015 _____.

_____
Calvin Jones Jr.
Petitioner, Pro Se
Texas Department of Criminal Justice
_____ Gist _____ Unit
TDCJ ID # 01961419
3295 Fm 3514
Beaumont, Tx. 77705

## INMATE'S UNSWORN DECLARATION

I, Calvin Jones Jr, TDCJ # 01961419
being presently incarcerated in the Gist Unit of the Texas
Department of Criminal Justice in Jefferson County,
Texas verify and declare under penalty of perjury that the
foregoing statements are true and correct. Executed on this the
4 day of August 20 15.

_Calvin Jones Jr._

TDCJ #: 01961419